1  **FULBRIGHT & JAWORSKI L.L.P.**
   PETER H. MASON (Bar No. 71839)
2  DOUGLAS W. STERN (Bar No. 82973)
   NICOLE K. ASCH (Bar No. 204409)
3  ADAM P. ZAFFOS (Bar No. 217669)
   555 South Flower Street, 41st Floor
4  Los Angeles, California  90071
   Telephone: (213) 892-9200
5  Facsimile:  (213) 892-9494

6  Attorneys for Defendant
   BAYER CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | ALVIN CARTER and SHERI CARTER, | ) Case No. CIV F-02-5031 OWW SMS
12 | Plaintiffs, | )
13 | vs. | ) **STIPULATION AND ORDER FOR DISMISSAL**
14 | BAYER CORPORATION; K-MART CORPORATION; WAL-MART STORES, INC.; DOES 1-110, | )
15 |  | )
16 | Defendants. | )

17

18

19 **IT IS HEREBY STIPULATED** by and between the Plaintiffs ALVIN CARTER and

20 SHERI CARTER and Defendant BAYER CORPORATION that the above-referenced action be

21 dismissed in its entirety with prejudice as to Defendant BAYER CORPORATION.

DATED: March ____, 2005  **LEVIN & HOFFMANN, L.L.P.**

By ___/s/_____
    James E. Hoffmann
    Robert S. Levin
    Attorneys for Plaintiffs

DATED: March ____, 2005  **FRANKLIN D. AZAR & ASSOCIATES, P.C.**

By ___/s/_____
    Barry Dunn
    Attorneys for Plaintiffs

DATED: March ___, 2005  **FULBRIGHT & JAWORSKI L.L.P.**

By
__/s/_____
    Adam P. Zaffos
    Attorneys for Defendant
    BAYER CORPORATION

**ORDER**

IT IS SO ORDERED.

DATED: July 8, 2005  /s/ OLIVER W. WANGER
_____
    The Honorable Oliver W. Wanger

**PROOF OF SERVICE**

I, Mamie Page, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, California 90071. On July 7, 2005, I filed electronically the foregoing with the Clerk using the ECF system, and served a copy of the within document: **STIPULATION AND ORDER FOR DISMISSAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

| | |
|---|---|
| James E. Hoffmann, Esq. | Franklin D. Azar, Esq. |
| Robert S. Levin, Esq. | Franklin D. Azar & Associates, P.C. |
| Levin & Hoffmann, L.L.P. | 14426 East Evans Avenue |
| 23901 Calabasas Road, Suite 2010 | Aurora, CO 80014 |
| Calabasas, California 91302 | Telephone: (303) 757-3300 |
| Telephone: (818) 990-2370 | Facsimile: (303) 759-5203 |
| Facsimile: (800) 572-9590 | **(Attorneys for Plaintiff)** |
| **(Attorneys for Plaintiff)** | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 7, 2005, at Los Angeles, California.

_____
Mamie Page